YAMPOLSKY & MARGOLIS
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
JASON R. MARGOLIS, ESQ.
Nevada Bar No. 012439
625 S. Sixth Street
Las Vegas, Nevada 89101
Phone: (702) 385-9777
Fax No. (702) 385-3001
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:17-cr-306-JCM-VCF |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| EDGAR ROJAS, | |
| Defendants. | **(First Request)** |

It is stipulated and agreed, by and between David L. Jaffe, Acting Chief U.S. Department of Justice Organized Crime and Gang Section, Chad W. McHenry, Trial Attorney Organized Crime and Gang Section; and Mace J. Yampolsky Esq., counsel for Defendant Edgar Rojas; that the sentencing scheduled in this matter for April 23, 2021, be vacated and continued for a period of not less than 60 days. This stipulation is entered into for the following reasons:

   1. The parties agree to the continuance;

   2. Defendant is currently in custody and does not object to the continuance;

3. The defense is continuing to work on, and gather materials relating to sentencing;

4, This is the first request for a continuance.

DATED this 30ʰ day of March, 2021.

|  |  |
|---|---|
|  | DAVID L. JAFFE<br>Chief, U.S. Department of Justice<br>Organized Crime and Gang Section |
| /s/ Mace J. Yampolsky<br>MACE J. YAMPOLSKY ESQ.<br>Counsel for Edgar Rojas | /s/ Chad W. McHenry<br>CHAD W. MCHENRY<br>Trial Attorney<br>Organized Crime and Gang Section |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.   2:17-cr-306-JCM-VCF |
| Plaintiff, | ) | |
| vs. | ) | **Findings of Fact, Conclusions Of Law And Order** |
| EDGAR ROJAS, | ) | |
| Defendants. | ) | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel needs additional time to prepare for sentencing hearing.

2. Defendant is currently in custody and does not object to the continuance;

3. The defense is continuing to work on, and gather materials relating to sentencing;

4. The Parties agree to the continuance.

5. Additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which adequately prepare for the sentencing hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

6. This is the first stipulation to continue the sentencing hearing.

DATED this 31st day of March 2021.

**ORDER**

THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matters, currently scheduled for April 23, 2021, be vacated and continued to a date and time convenient to this Court, that is on __June 25__, __2021__, at the hour of __10:30__ a.m.

DATED April 2, 2021.

_____
HONORABLE JAMES C. MAHAN
United States District Court Judge