YAMPOLSKY & MARGOLIS
ATTORNEYS AT LAW
MACE J. YAMPOLSKY
Nevada Bar No. 01945
JASON R. MARGOLIS
Nevada Bar No. 12439
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777; Fax: (702) 385-3001

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>EDGAR ROJAS,<br><br>      Defendant. | **CASE NO.:** 2:17-cr-306-JCM-VCF<br><br><br>**NOTICE OF REQUEST TO BE REMOVED FROM CM/ECF ELECTRONIC NOTICE LIST** |

EDGAR ROJAS, by and through her counsel of record hereby submits the following Notice of Request to be Removed from the CM/ECF Electronic Notice List.

DATED this 2nd day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

 /s/ Mace J. Yampolsky
YAMPOLSKY & MARGOLIS
MACE J. YAMPOLSKY
Nevada Bar No. 01945
JASON R. MARGOLIS
Nevada Bar No. 12439
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777; Fax: (702) 385-3001

1